**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| ELERI CHARLES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | ) Case No. CV 16-06328-BRO (AS)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the "Order of Dismissal,"

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:　August 29, 2016

　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE